# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:19-cv-1658 CKD P |
|---|---|
| Respondent, | |
| v. | ORDER |
| ROBERT REVELS, III, | |
| Movant. | |

Movant, a federal inmate proceeding pro se, has filed what he calls a petition for writ of habeas corpus under 28 U.S.C. §2241. However, because movant challenges a United States criminal conviction, the "petition" is actually a motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255. E.g. Hernandez v. Campbell, 204 F.3d 861, 862 (9th Cir. 2000). The motion attacks a conviction issued by the United States District Court for the Western District of Washington. Since § 2255 motions must be filed in the court where the conviction challenged was entered (Rule 3, Rules Governing Section 2255 Proceedings) this action will be transferred to Washington.

/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Western District of Washington.

Dated: August 30, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
reve1658.108